**MAGISTRATE JUDGE VALDEZ**          **07CR 755**

Minute Order Form (rev. 4/99)

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | JUDGE GETTLEMAN | Sitting Judge if Other Than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 05 GJ 1105 | DATE | NOVEMBER 15, 2007 |
| CASE TITLE | US v. JAROSLAVA KLEPLOVA & KRZYSZTOF RADZEWICZ | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd-party plaintiff, and (b) state briefly the nature of the motion being presented.)

**GRAND JURY PROCEEDING AND REQUEST TO SEAL**

The Grand Jury for the ___SPECIAL JUNE 2007___ Session, a quorum being present,
returns the above-entitled indictment in open Court this date before

_Nan R. Nolan_
Judge or Magistrate Judge

**FILED**
NOV 15 2007

Docket Entry:

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

TO ISSUE BENCH WARRANT. THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANT DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3142. THE DISTRICT COURT CLERK'S OFFICE IS DIRECTED TO DISCLOSE TO THE ASSISTANT U.S. ATTORNEY ASSIGNED TO THIS CASE FOR THE GOVERNMENT, THE NAME OF THE JUDGE, MAGISTRATE JUDGE, DOCKET NUMBER ASSIGNED TO THIS CASE, IN ORDER TO EXPEDITE ARRAIGNMENT OF THE ARRESTED DEFENDANT. THIS INFORMATION IS TO REMAIN SEALED UNTIL THE ARREST OF THE DEFENDANTS OR BY FURTHER ORDER OF THE COURT. DO NOT SEAL ARREST WARRANTS.

_Nan R. Nolan_
SIGNATURE OF JUDGE (ONLY IF FILED
OR MAGISTRATE JUDGE UNDER SEAL)

| | | | |
|---|---|---|---|
| No notices required, advised in open court. | | Number of notices | DOCKET# |
| No notices required. | | Date docketed | |
| Notices mailed by judge's staff. | | Docketing dpty. initials | |
| Notified counsel by telephone. | | | |
| Docketing to mail notices | | Date mailed notice | |
| Mail AO 450 form. | | Mailing dpty. initials | |
| Copy to judge/magistrate judge. | | | |
| Courtroom Deputy Initials | Date/time received in Central Clerk's office | | |