# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | Maria Valdez |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 755 - 2 | **DATE** | 11/30/2007 |
| **CASE TITLE** | USA vs. Krzysztof Radzewicz | | |

**DOCKET ENTRY TEXT**

Arraignment and plea set for 12/4/07 at 11:00 a.m. as to Krzysztof Radzewicz (2) in Courtroom 1300 before Magistrate Judge Maria Valdez.

Docketing to mail notices.

| | Courtroom Deputy Initials: | yp |
|---|---|---|