## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | Maria Valdez |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 755 - 2 | **DATE** | 12/6/2007 |
| **CASE TITLE** | USA vs. Krzystof Radzewicz | | |

**DOCKET ENTRY TEXT**

Arraignment held on 12/6/07 as to Krzystof Radzewicz (2). Defendant informed of his rights. Gerardo S. Gutierrez's oral motion for leave to appear as counsel for defendant is granted. Defendant enters plea of not guilty to all counts. 16.1(a) conference to be held by as soon as possible. Pretrial motions are to be filed by 12/20/07. Status hearing set before Judge Gettleman on 12/20/07 at 9:15 a.m. Government and defendant agree to certain conditions of release. Government's oral motion to quash arrest warrant issued to Krzystof Radzewicz is granted. Government's oral motion to excluded time is granted. Enter excludable delay for the period of 12/6/07 through 12/20/07 pursuant to 18 U.S.C. 3161(h)(1)(F). (X-E)

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:15

| | Courtroom Deputy Initials: | yp |
|---|---|---|