UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case  07cr755-2

USA v. Krzysztof Radzewicz

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Krzysztof Radzewicz

**FILED**
DEC - 6 2007
MAGISTRATE JUDGE MARIA VALDEZ
UNITED STATES DISTRICT COURT

| SIGNATURE | s/ [signature] |
|---|---|
| FIRM | Law Offices of Gerardo S. Gutierrez |
| STREET ADDRESS | 53 W. Jackson #1122 Chicago IL 60604 |
| CITY/STATE/ZIP | Chicago IL 60604 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 6210618 |
| TELEPHONE NUMBER | 312-786-9970 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒   NO ☐ |
|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒   NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☒        APPOINTED COUNSEL ☐