AO 442 (Rev. 6/97) Warrant for Arrest

# United States District Court
## Northern District of Illinois
### Eastern Division

United States of America

v.

Krzysztof Radzewicz

WARRANT FOR ARREST

Case Number: 07 cr 755-2

To: The United States Marshal
And any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Krzysztof Radzewicz** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment   Information   Complaint   Order of court   Violation Notice   Probation Violation Petition

charging him or her with: **Fraud & Swindles**
**Aiding & Abetting**

in violation of Title 18:18 United States Code, Section(s) 1341:2

Yvette Pearson Issuing Officer

_[signature]_

Signature of Issuing Officer

Bail fixed at $

Yvette Pearson

November 15, 2007

_____
, Judicial Officer

**FILED**

DEC 1 0 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

MALGORZATA GORYL /SA   _[signature]_

| Date Received | Name and Title of Arresting Officer | Signature of Arrest Officer |
|---|---|---|
| 12/6/07 | | |
| Date of Arrest | | |