# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

UNITED STATES OF AMERICA

                      Plaintiff,

v.                                    Case No.: 1:07−cr−00755
                                        Honorable Robert W. Gettleman

Jaroslava Kleplova, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 28, 2008:

     MINUTE entry before the Honorable Robert W. Gettleman: Status hearing held on 8/28/2008. Any motions are due by 10/5/2008. Preliminary pretrial Conference set for 12/10/2008 at 10:00 a.m. Voir Dire set for 2/23/2009 at 9:30 a.m. The Court deems the period of time from 8/28/2008 through 2/23/2009 excludable under 18 USC Sect. 3161(h)(8)(b)(iv). Mailed notice (gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.